UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-60989-CIV-MORENO**

SAUL D. FRIEDMAN,

    Plaintiff,

vs.

DANNY COFFMAN,

    Defendant.

_____/

### ORDER DENYING MOTION TO COMPEL

THIS CAUSE came before the Court upon the Defendant's Motion to Compel **(D.E. No. 59)**, filed on **July 8, 2011**.

THE COURT has considered the motion, the response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Billy's Stone Crab is directed to provide the responsive documents by August 20, 2011. After that date, Defendant shall take Plaintiff's deposition at a mutually agreeable time. The discovery deadline is extended until **September 19, 2011**. The dispositive motion deadline is extended until **September 26, 2011**. All other deadlines set forth by the Court in prior orders remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of July, 2011.

                                                    FEDERICO A. MORENO
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record