IN THE UNITED STATES DISTRICT COURT,
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 0:10-60989-CIV-MORENO

SAUL D. FRIEDMAN,

    Plaintiff,

vs.

DANNY COFFMAN, JIM SHAW,
and WENCH, LTD.,

    Defendants/Third-Party Plaintiff(s),

vs.

**BILLY'S STONE CRABS, INC.,**

    **Third-Party Defendant.**

    _____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, Hillary B. Cohen of the law firm of BERK, MERCHANT & SIMS, PLC, hereby enters an appearance in the above styled case as counsel on behalf of Third-Party Defendant, BILLY'S STONE CRABS, INC.

    Respectfully submitted,

    BERK, MERCHANT & SIMS, PLC

    **/s/ Hillary B. Cohen**
    William S. Berk, Esq.
    Florida Bar No.: 349828
    wberk@berklawfirm.com
    Hillary B. Cohen, Esq.
    Florida Bar No.: 31005
    hcohen@berk.lawfirm.com
    2 Alhambra Plaza, Suite 700.

Case 0:10-cv-60989-RNS   Document 80   Entered on FLSD Docket 08/17/2011   Page 2 of 3

*Friedman, Saul D. vs. Coffman, Danny, Shaw, Jim & Wench, Ltd. v. Billy's Stone Crabs, Inc.*
*Case No.: 0:10-CIV-MORENO*
*Page 2*

Coral Gables, Florida 33134
786.338.2900, Ext. 191
786.338.2888 – Fax
**Counsel for 3rd Party Defendant,**
**Billy's Stone Crabs, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of August 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Hillary B. Cohen
Hillary B. Cohen

## SERVICE LIST

Michelle Otero Valdes, Esq.
Motero@houckanderson.com
Marcus G. Mahfood, Esq.
mmahfood@houckanderson.com
**HOUCK ANDERSON, P.A.**
200 South Biscayne Boulevard
Suite 300
Miami, FL 33131-5322
(305) 372-9044
(305) 372-5044 – Fax
**Counsel for Defendant /**
**3rd Party Plaintiff, Danny Coffman**

Scott P. Schlesinger, Esq.
scott@schlesingerlaw.com
Steven J. Hammer, Esq.
steven@shclesingerlaw.com

Case 0:10-cv-60989-RNS   Document 80   Entered on FLSD Docket 08/17/2011   Page 3 of 3

*Friedman, Saul D. vs. Coffman, Danny, Shaw, Jim & Wench, Ltd. v. Billy's Stone Crabs, Inc.*
*Case No.: 0:10-CIV-MORENO*
*Page 3*

**SCHLESINGER LAW FIRM, P.A.**
1212 SE 3rd Avenue
Fort Lauderdale, FL  33316-1906
(954) 320-9507
(954) 523-4803
***Counsel for Plaintiff, Friedman***

John McLaughlin, Esq.
jphn@wagnerlaw.com
**WAGNER, VAUGHAN & MCLAUGHLIN**
601 Bayshore Boulevard
Suite 910
Tampa, FL  33606
(813) 225-4000
(813) 225-4010 – Fax
***Counsel for Plaintiff, Friedman***

                                **/s/ Hillary B. Cohen**
                                Hillary B. Cohen