UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 10-60989-CIV-MORENO

SAUL D. FRIEDMAN,

    Plaintiff,

vs.

DANNY COFFMAN, an individual; JIM SHAW,
an individual; and WENCH LTD., a Canadian
Corporation,

    Defendants.
_____/

## AMENDED DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon the Default Final Judgment **(D.E. No. 78)** filed on **August 15, 2011** and Notice of Filing Affidavit of Danny Coffman in Support of Final Default Judgment **(D.E. No. 84)** filed on **August 26, 2011**.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Third-Party Defendant Billy's Stone Crabs for failure to answer or otherwise plead to the Summons and Complaint served by Defendant/Third-Party Plaintiff Danny Coffman. Accordingly, it is

**ADJUDGED** that the Default Final Judgment is **AMENDED** as to Third-Party Defendant Billy's Stone Crabs, Inc.. Third-Party Plaintiff Danny Coffman shall recover against Third-Party Defendant Billy's Stone Crabs, any judgment obtained by Plaintiff Saul Friedman against Danny Coffman. Third-Party Defendant is also liable for all costs, including attorney's fees for the defense of Plaintiff's claims, pursuant to the Third-Party Plaintiff's indemnity claim.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of August, 2011.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record